In the Matter of the Claim of MARGARET MCPADDEN,
   Respondent, against ST. GEORGE'S CHURCH et al.,
   Appellants.                                    •
               STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — cook employed by
   church which had insured its employees entitled to compensation for
   injury from fall on kitchen floor.*

*Matter of McPadden* v. *St. George's Church*, 214 App. Div. 829,
affirmed.

   (Argued February 24, 1926; decided March 30, 1926.)

   APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered July 1, 1925, unanimously affirming
an award of the State Industrial Board made under
the Workmen's Compensation Law.   Claimant, while
employed as cook by a religious corporation, tripped and
fell on the kitchen floor receiving injuries for which
compensation has been awarded, the employer having
elected to insure its employees.   Objection to the award
was made upon the ground that claimant was employed
as a domestic servant and, therefore, was not covered
by the Workmen's Compensation Law.

   *Jeremiah F. Connor* and *William Butler* for appellants.
   *Albert Ottinger*, Attorney-General (*E. C. Aiken* of coun-
sel), for respondent.

   Order affirmed, with costs; no opinion.
   Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS
and LEHMAN, JJ.   Absent: CARDOZO and MCLAUGHLIN, JJ.

---

In the Matter of the Claim of ETTA GIBBS, Respondent,
   against R. H. MACY & CO., INC., et al., Appellants.
               STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — store detective injured
   on way home after attending court in the course of her employment
   entitled to compensation.*

*Gibbs* v. *Macy & Co., Inc.*, 214 App. Div. 335, affirmed.
   (Argued February 24, 1926; decided March 30, 1926.)

   · APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial